### EX PARTE HARVEY ELLISON.

#### No. 4053.   Decided April 19, 1916.

**Habeas Corbus—Bail.**

Where it appeared upon appeal that the lower court did not err in refusing to grant the relator bail on the evidence adduced upon habeas corpus hearing, the judgment must be affirmed.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. C. W. Robinson.

Appeal from a habeas corpus proceeding denying relator bail.

The opinion states the case.

*Woods, King & John,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Relator was indicted by the grand jury, charged with the murder of Henry Winkleman. He sued out a writ of habeas corpus before Hon. C. W. Robinson, judge of the Criminal District Court of Harris County.

It is not proper for us to discuss the evidence, or any phase thereof, on this application, but merely to pass on the question of whether or not the court erred in refusing to grant relator bail on the evidence

adduced on this hearing. After a careful review of the testimony we can not say the court erred in his ruling.

The judgment is affirmed.

*Affirmed.*